FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EON Corp. IP Holdings, LLC   v.   Silver Spring Networks, Inc.

No. 15-1237, 15-1270

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   EON Corp. IP Holdings, LLC
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [✓] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Daniel R. Scardino
Law firm: Reed & Scardino LLP
Address: 301 Congress Avenue, Suite 1250
City, State and ZIP: Austin, Texas 78701
Telephone: 512-474-2449
Fax #: 512-474-2622
E-mail address: dscardino@reedscardino.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/17/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1·21·15
Date

_____
Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I certify that on January 21, 2015, I caused a true and correct copy of the foregoing Entries of Appearance and Certificate of Interest to be served on the following counsel of record in this Court and in the proceeding below, *EON Corp. IP Holdings, LLC v. Silver Spring Networks, Inc.*, No. 6:11-cv-00317-JDL (E.D. Tex.), by electronic means (CM/ECF or electronic mail).

                 */s/ Daniel R. Scardino*
                 DANIEL R. SCARDINO
                 REED & SCARDINO LLP
                 301 Congress Ave., Ste. 1250
                 Austin, Texas 78701
                 512-474-2449

January 21, 2015         *Counsel for Appellant,*
                 *EON Corp. IP Holdings LLC*

---

MARK A. LEMLEY
mlemley@durietangri.com
ELIZABETH O. KLEIN
eklein@durietangri.com

DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111

ROBERT KRAMER
robert.kramer@dentons.com
BONNIE LAU
bonnie.lau@dentons.com
C. GIDEON KORRELL
gideon.korrell@dentons.com

DENTONS US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304

C. MICHAEL MOORE
mike.moore@dentons.com

DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858

S. CALVIN CAPSHAW, III
ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
ederieux@capshawlaw.com
D. JEFFREY RAMBIN
jrambin@capshawlaw.com

CAPSHAW DERIEUX, LLP
114 E. Commerce Street
Gladewater, TX 75647