**15-1237, 1270**

# United States Court of Appeals for the Federal Circuit

EON CORP. IP HOLDINGS, LLC,

*Plaintiff- Appellees*,

v.

SILVER SPRING NETWORKS, INC.,

*Defendant- Appellant*,

*Appeal from the United States District Court for the Eastern District of Texas, Case No.: 6:11-cv-00317-JDL, Magistrate Judge John D. Love*

**SILVER SPRING NETWORKS, INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)**

SILVER SPRING NETWORKS, INC.
ALAN S. HODES (SBN 166187)
ahodes@silverspringnet.com
555 Broadway Street
Redwood City, CA 94025
Telephone: 650-839-4000
Facsimile:: 650-839-4329

DURIE TANGRI LLP
MARK A LEMLEY (SBN 155830)
mlemley@durietangri.com
ELIZABETH O. KLEIN (SBN 279077)
eklein@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

DENTONS US LLP
ROBERT F. KRAMER (SBN 181706)
robert.kramer@dentons.com
BONNIE LAU (SBN 246188)
bonnie.lau@dentons.com
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: 650-798-0356
Facsimile: 650-798-0310

February 23, 2015  *Attorneys for Defendant-Appellant Silver Spring Networks, Inc.*

Silver Spring hereby certifies that it has complied with Federal Circuit Rule 11(d).

Dated:  February 23, 2015                     Respectfully submitted,

                                            DURIE TANGRI LLP

                                            By:     */s/ Mark A. Lemley*
                                                        MARK A. LEMLEY

                                           *Attorneys for Defendant-Appellant Silver Spring Networks, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served, via email, a true and correct copy of the same to the following:

*/s/ Mark A. Lemley*
MARK A. LEMLEY
