Nos. 2015-1237, 2015-1270

# In the United States Court of Appeals
## for the
## Federal Circuit

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff–Cross-Appellant,*

v.

**SILVER SPRING NETWORKS, INC.,**
*Defendant–Appellant.*

Appeal from the United States District Court
for the Eastern District of Texas,
Case No. 6:11-cv-00317-JDL, Judge John D. Love.

**PLAINTIFF–CROSS-APPELLANT EON CORP. IP HOLDINGS LLC'S
UNOPPOSED MOTION TO WITHDRAW CROSS-APPEAL**

                                                    DANIEL R. SCARDINO
                                                    JOHN L. HENDRICKS
                                                    RAYMOND W. MORT, III
                                                    C. BENTLEY HARRIS
                                                    MATTHEW MURRELL
                                                    REED & SCARDINO LLP
                                                    301 Congress Ave, Ste 1250
                                                    Austin, Texas 78701
                                                    512-474-2449

June 19, 2015　　　　　　　　　　　　　　　 *Attorneys for Plaintiff–Cross-Appellant*

# CERTIFICATE OF INTEREST

Counsel for <u>Cross-Appellant EON Corp. IP Holdings LLC</u> certifies the following:

1. The full name of every party or amicus represented by me is:

   <u>EON Corp. IP Holdings LLC</u>

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   <u>EON Corp. IP Holdings LLC</u>

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   <u>EON Corp. IP Holdings LLC is a wholly owned subsidiary of EON Corporation.</u>

4. The names of all the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   <u>REED & SCARDINO LLP: Daniel R. Scardino, Raymond W. Mort III, Craig S. Jepson, C. Bentley Harris, Jeff Johnson, Cary D. Ferchill, Debra Dennett, Jason W. Deats, John L. Hendricks, Matthew Murrell</u>
   <u>THE DACUS FIRM:  Deron Dacus</u>

          <u>/s/ Daniel R. Scardino</u>
          DANIEL R. SCARDINO
          REED & SCARDINO LLP
          301 Congress Ave., Ste. 1250
          Austin, Texas 78701
          512-279-7904
          dscardino@reedscardino.com

June 19, 2015          *Counsel for Cross-Appellant,*
          *EON Corp. IP Holdings LLC*

## UNOPPOSED MOTION TO WITHDRAW CROSS-APPEAL

Pursuant to Fed. R. App. P. 42(b), Plaintiff–Cross-Appellant EON Corp. IP Holdings LLC hereby moves the Court for the voluntary dismissal of its Cross-Appeal in matter 2015-1270. This Motion is filed with the consent of Defendant–Appellant Silver Spring Networks, Inc. Each party agrees that it will bear its own costs for the cross-appeal.

    Respectfully submitted,

    */s/ Daniel R. Scardino*
    DANIEL R. SCARDINO
    JOHN L. HENDRICKS
    RAYMOND W. MORT, III
    C. BENTLEY HARRIS
    MATTHEW MURRELL
    REED & SCARDINO LLP
    301 Congress Ave., Ste. 1250
    Austin, Texas 78701
    512-279-7904
    dscardino@reedscardino.com

*Counsel for Cross-Appellant,*
*EON Corp. IP Holdings LLC*

June 19, 2015

-2-

## CERTIFICATE OF SERVICE

I certify that on June 19, 2015, I caused the foregoing Motion to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system, which will send notification of such filing to all registered participants.

      /s/ Daniel R. Scardino
DANIEL R. SCARDINO
REED & SCARDINO LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-279-7904
dscardino@reedscardino.com

*Counsel for Cross-Appellant,*
*EON Corp. IP Holdings LLC*

June 19, 2015